

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00310-CR

**MICHAEL DARREN BOYDSTON,**

                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                    **Appellee**

**From the 18th District Court
Johnson County, Texas
Trial Court No. F48751**

## O R D E R

Michael Boydston's motion for rehearing and en banc reconsideration is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion Denied
Opinion delivered and filed August 27, 2015

